**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** DERRICK HAYNES, et al

**Defendant(s):** TOM DART, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Derrick Haynes, #2007-0077847
Thomas M. Perconti, #2007-0035070
Charles Hill, #2005-0084808
Fred Rogers, #2007-0020387
Cook County Jail, P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**08CV4834
JUDGE CONLON
MAG.JUDGE VALDEZ**

**Signature:** /s/

**Date:** 8/25/08